IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUTH RICHTER, | ) | 8:12CV428 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) ) | |
| | ) | |
| Defendant. | ) | |

Oral argument regarding pending motions (Defendant's Motion to Dismiss, Filing No. 6, and several other motions, Filings Nos. 8, 12, 13, 14, 15, 17, 18, 22, 23, 27, 28 and 29) is scheduled before the undersigned on **June 12, 2013, at 9:30 a.m.,** in Courtroom 3, Roman Hruska U.S. Courthouse, 111 South 18 Plaza, Omaha, Nebraska.

DATED this 4th day of June, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge