IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUTH RICHTER, | ) | 8:12CV428 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motions for Reconsideration (filing nos. 41 and 43) and Motion for Extension of Time (filing no. 42). In her Motions, Plaintiff seeks reconsideration of the court's June 12, 2013, Order and Judgment, and an extension of time to have "her Motion for Reconsideration heard." (Filing Nos. 41, 42 and 43.) The court has carefully reviewed Plaintiff's Motions and finds no good cause to reconsider any portion of its June 12, 2013, Order and Judgment.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Reconsideration (filing nos. 41 and 43) and Motion for Extension of Time (filing no. 42) are denied.

DATED this 20th day of June, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.